NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEORN WALDEN, DOC #R69247,            )
                                      )
            Appellant,                )
                                      )
v.                                    )      Case No. 2D18-3942
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed July 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant
Public Defender, Bartow, for Appellant.

PER CURIAM.


            Affirmed.


CASANUEVA, BADALAMENTI, and SMITH, JJ., Concur.